*Friday, February 25, 1994*

## DISCIPLINARY DOCKET

92–1340. Dayton Bar Assn. v. McDonald. It is ordered by the court, *sua sponte*, effective February 22, 1994, that Michael J. McDonald, Attorney Registration No. 0022740, last known business address in Miamisburg, Ohio, is found in contempt for failure to comply with this court's order of April 27, 1993.

92–1344. Dayton Bar Assn. v. Hannah. It is ordered by the court, *sua sponte*, effective February 22, 1994, that John Marshall Hannah, Jr., Attorney Registration No. 0031672, last known business address in Dayton, Ohio, is found in contempt for failure to comply with this court's order of April 22, 1993.

*Tuesday, March 1, 1994*

## MISCELLANEOUS DISMISSALS

94–272. State ex rel. Miller v. Ohio Adult Parole Auth. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective February 28, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, March 2, 1994*

## MOTION DOCKET

94–471. State ex rel. Caviness v. Cleveland City Council. On joint motion for stay. Motion granted.

## MISCELLANEOUS DISMISSALS

94–350. State ex rel. Turick v. Hamrock. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of the notice of compliance by respondent filed by relator,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and is hereby, dismissed as moot, effective March 1, 1994.

*Thursday, March 3, 1994*

## MOTION DOCKET

86–1597. State v. Holloway. *Hamilton County*, No. C–840871. On motion for stay. Motion denied.

92–1257. State v. Woodard. *Cuyahoga County*, No. 61171. On motion for stay. Motion granted. PFEIFER, J., dissents.

F.E. SWEENEY, J., not participating.

92–1269. State v. Carpenter. *Franklin County*, No. 91AP–1150. On motion to expedite and on motion for stay. Motions granted.

RESNICK and PFEIFER, JJ., dissent.